# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ALBRIGHT,<br>A. CALICA,<br>S. CLEAVER,<br>R. MacKAY, and<br>R. MOORE,<br><br>　　Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a<br>　Delaware corporation,<br><br>　　Defendant. | Case Number:<br><br>**CV 14-4328-GW(AGRx)**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[*No hearing required*]<br><br>Judge:　　HON. GEORGE H. WU |

JS - 6

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE – PAGE 1**

CAME ON to be considered the Stipulation for Dismissal of Entire Action, With Prejudice, entered by and among Plaintiffs, R. Albright, A. Calica, S. Cleaver, R. MacKay, and R. Moore **(hereinafter collectively "Plaintiffs"),** on the one hand, and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** on the other hand, and the Court has found that the relief requested therein should be GRANTED.

IT IS, THEREFORE, ORDERED, that all claims of all Plaintiffs in the above-captioned civil action shall be, and hereby are, DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED, that the above-captioned civil action is hereby DISMISSED WITH PREJUDICE and TERMINATED in the entirety;

IT IS FURTHER ORDERED, that, except as may otherwise be agreed among the parties, each party shall bear its own costs and fees.

Dated: December 20, 2017

*/s/ George H. Wu*
GEORGE H. WU, U.S. DISTRICT JUDGE

[LA14CV04328GW-O JS-6.wpd]